B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Utah

In re    Molonai T. Hola,
       Lindsay W. Hola

Case No. _____11-34675_____

Debtors ,

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 923,000.00 | | |
| B - Personal Property | Yes | 4 | 71,254.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,301,659.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 50,400.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 3,858,206.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,669.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 994,254.16 | | |
| Total Liabilities | | | | 5,210,266.61 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re    Molonai T. Hola,                                    Case No. _____11-34675_____
         Lindsay W. Hola,
                                                    ,        Chapter _____7_____
                                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Molonai T. Hola,                                     Case No.     11-34675

          Lindsay W. Hola

                               Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Primary Residence:<br>2766 St. Marys Way<br>Salt Lake City, UT 84108 | Fee simple | J | 663,000.00 | 666,317.65 |
| Real Property:<br>7358 South Raquet Club Drive<br>Cottonwood Heights, UT 84121 | Fee simple | J | 260,000.00 | 326,685.99 |

|  |  |  |
|---|---|---|
| Sub-Total > | 923,000.00 | (Total of this page) |
| Total > | 923,000.00 | |

   0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

| In re | Molonai T. Hola, | Case No. | 11-34675 |
| | Lindsay W. Hola | | |

Debtors,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account: US Bank | J | 59.04 |
| | | Checking account: Zions Bank | J | 291.22 |
| | | Savings account: US Bank | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Couch & loveseat set $500, 2 vcr/dvd players $150, 2 televisions $150, 4 endtables $50, coffee table $50, stereo $100 Kitchen table & chairs $250 5 beds & bedding $400, 5 dressers $100, crib & bedding $100 Microwave $100, refrigerator $250, stove $100, dishwasher $250 Washer & dryer $300, vacuum cleaner $25, 3 computers $250 Location: In Debtor's Possession | J | 3,125.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books $50, CDs $50, DVDs $50, Home Decor $175 (Location: In Debtor's Possession) | J | 325.00 |
| 6. Wearing apparel. | | Clothing Location: In Debtor's Possession | J | 900.00 |
| 7. Furs and jewelry. | | Wedding rings, watch, ring Location: In Debtor's Possession | J | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs, Bicycles Location: In Debtor's Possession | J | 450.00 |

Sub-Total >      5,900.26
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Molonai T. Hola,                                              Case No.    11-34675
        Lindsay W. Hola,
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) Plan through Icon Consulting Group (John Hancock) | W | 3.90 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Icon Consulting Group, Inc. 100% ownership interest in Utah registered C-Corp active from 1998-2010 Personal guarantees on Icon's business debt is primary reason for Debtor's bankruptcy | H | 0.00 |
| | | Pure Energy Capital, L.L.C. Energy consulting business. Debtor owns 33% of the business. The business is not defunct but it has never gotten off the ground. | H | 0.00 |
| | | 165,000 shares in CityDeals.com private company - company has had trouble paying merchants so Debtor does not believe the shares have liquid value at this time; purchased at $1 per share in 2006. | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >        3.90
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      Molonai T. Hola,                                              Case No.    11-34675
           Lindsay W. Hola
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2010 tax refund not subject to Internal Revenue Service audit offset | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Chevrolet Suburban 1500 | J | 27,000.00 |
| | | 2008 Range Rover HSE Sport Utility 4D Mileage: 38,000 Location: In Debtor's Possession | J | 38,350.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >      65,350.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Molonai T. Hola,    Case No.    11-34675
Lindsay W. Hola,

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        71,254.16

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   Molonai T. Hola,                                    Case No. ___11-34675___
        Lindsay W. Hola
                                                    ,
                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Primary Residence: | Utah Code Ann. § 78B-5-503(2) | 20,000.00 | 663,000.00 |
| 2766 St. Marys Way | Utah Code Ann. § 78B-5-503(2) | 20,000.00 | |
| Salt Lake City, UT 84108 | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| Couch & loveseat set $500, 2 vcr/dvd players $150, | Utah Code Ann. § | 638.00 | 3,125.00 |
| 2 televisions $150, 4 endtables $50, | 78B-5-505(1)(a)(viii)(A) | | |
| coffee table $50, stereo $100 | Utah Code Ann. § 78B-5-506(1)(a) | 500.00 | |
| Kitchen table & chairs $250 | Utah Code Ann. § 78B-5-506(1)(b) | 125.00 | |
| 5 beds & bedding $400, 5 dressers $100, | Utah Code Ann. § | 300.00 | |
| crib & bedding $100 | 78B-5-505(1)(a)(viii)(E) | | |
| Microwave $100, refrigerator $250, stove $100, | Utah Code Ann. § 78B-5-506(1)(a) | 500.00 | |
| dishwasher $250 | Utah Code Ann. § 78B-5-506(1)(b) | 125.00 | |
| Washer & dryer $300, vacuum cleaner $25, | Utah Code Ann. § | 300.00 | |
| 3 computers $250 | 78B-5-505(1)(a)(viii)(E) | | |
| Location: In Debtor's Possession | Utah Code Ann. § | 637.00 | |
| | 78B-5-505(1)(a)(viii)(A) | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books $50, CDs $50, DVDs $50, | Utah Code Ann. § 78B-5-506(1)(c) | 50.00 | 325.00 |
| Home Decor $175 | | | |
| (Location: In Debtor's Possession) | | | |
| | | | |
| **Wearing Apparel** | | | |
| Clothing | Utah Code Ann. § | 450.00 | 900.00 |
| Location: In Debtor's Possession | 78B-5-505(1)(a)(viii)(D) | | |
| | Utah Code Ann. § | 450.00 | |
| | 78B-5-505(1)(a)(viii)(D) | | |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding rings, watch, ring | Utah Code Ann. § 78B-5-506(1)(d) | 375.00 | 750.00 |
| Location: In Debtor's Possession | Utah Code Ann. § 78B-5-506(1)(d) | 375.00 | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) Plan through Icon Consulting Group | Utah Code Ann. § 78B-5-505(1)(a)(xiv) | 3.90 | 3.90 |
| (John Hancock) | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2010 Chevrolet Suburban 1500 | Utah Code Ann. § 78B-5-506(3) | 5,000.00 | 27,000.00 |
| | | | |
| | Total: | 49,828.90 | 695,103.90 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Molonai T. Hola,    Case No. ___11-34675___
Lindsay W. Hola
                                                    ,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6160<br><br>Creditor #: 1<br>Aurora Bank FSB<br>10350 Park Meadows Drive, Suite 500<br>Littleton, CO 80124 | | J | 11/2004 opened<br><br>First Mortgage<br><br>Real Property:<br>7358 South Raquet Club Drive<br>Cottonwood Heights, UT 84121 | | | | | |
| | | | Value $          260,000.00 | | | | 231,686.00 | 0.00 |
| Account No. 9177XXXX<br><br>Creditor #: 2<br>Bank of America<br>450 American Street #SV416<br>Simi Valley, CA 93065 | X | H | 05/2005 opened<br><br>Mortgage<br><br>Real Property:<br>4005 Grant Hill Avenue<br>North Las Vegas, NV 89081 | | | | | |
| | | | Value $          198,577.00 | | | | 233,157.00 | 34,580.00 |
| Account No.<br><br>Creditor #: 3<br>Brighton Bank<br>7101 Highland Drive<br>Salt Lake City, UT 84121 | | J | 2011<br><br>Auto<br><br>2010 Chevrolet Suburban 1500 | | | | | |
| | | | Value $          27,000.00 | | | | 29,000.00 | 2,000.00 |
| Account No. xxxx2817<br><br>Creditor #: 4<br>First Utah Bank<br>3826 South 2300 East<br>Salt Lake City, UT 84109 | | J | 06/01/2007 opened<br><br>Second Mortgage<br><br>Primary Residence:<br>2766 St. Marys Way<br>Salt Lake City, UT 84108 | | | | | |
| | | | Value $          663,000.00 | | | | 163,827.65 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 657,670.65 | 36,580.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Molonai T. Hola,                                    Case No. ____11-34675____
          Lindsay W. Hola
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxx8146 | | | | 05/01/2008 | | | | | |
| Creditor #: 5 First Utah Bank 3826 South 2300 East Salt Lake City, UT 84109 | | | J | Home equity line of credit Real Property: 7358 South Raquet Club Drive Cottonwood Heights, UT 84121 | | | | | |
| | | | | Value $ 260,000.00 | | | | 94,999.99 | 66,685.99 |
| Account No. xxxxxxXXXX | | | | 04/2010 | | | | | |
| Creditor #: 6 US Bank P.O. Box 5227 Cincinnati, OH 45201 | | | J | Auto 2008 Range Rover HSE Sport Utility 4D Mileage: 38,000 Location: In Debtor's Possession | | | | | |
| | | | | Value $ 38,350.00 | | | | 46,499.00 | 8,149.00 |
| Account No. xxxxxxxx6640 | | | | 01/2005 opened | | | | | |
| Creditor #: 7 Wachovia Mortgage P.O. Box 659568 San Antonio, TX 78265 | | | J | First Mortgage Primary Residence: 2766 St. Marys Way Salt Lake City, UT 84108 | | | | | |
| | | | | Value $ 663,000.00 | | | | 502,490.00 | 3,317.65 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 643,988.99 | 78,152.64 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,301,659.64 | 114,732.64 |

B6E (Official Form 6E) (4/10)

.

In re     Molonai T. Hola,                  Case No.    11-34675
         Lindsay W. Hola

                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

               1     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Molonai T. Hola,                               Case No.    11-34675
          Lindsay W. Hola,

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 1322 <br> Creditor #: 1 <br> Internal Revenue Service <br> Centralized Insolvency Operations <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | | J | 2007, 2008, 2009 <br><br> Estimated personal income tax liability | | | | 50,000.00 | 0.00 | 50,000.00 |
| Account No. <br><br> Attorney General for United States <br> 950 Pennsylvania Avenue, NW <br> Room 4400 <br> Washington, DC 20530-0001 | | | Representing: <br> Internal Revenue Service | | | | Notice Only | | |
| Account No. <br> Creditor #: 2 <br> Utah Department of Health <br> PO Box 141010 <br> Salt Lake City, UT 84114-1010 | | J | | | | | 400.00 | 0.00 | 400.00 |
| Account No. <br> Creditor #: 3 <br> Utah State Tax Commission <br> Attn: Bankruptcy Unit <br> 210 North 1950 West <br> Salt Lake City, UT 84134-3340 | | J | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br><br> | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 50,400.00 | 0.00 | 50,400.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 50,400.00 | 0.00 | 50,400.00 |

B6F (Official Form 6F) (12/07)

In re    Molonai T. Hola,                                              Case No. ____11-34675____
         Lindsay W. Hola
                                                                    ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxx7453 Creditor #: 1 American Express P.O. Box 650448 Dallas, TX 75265-0448 | X | H | | | Opened 07/2001 Goods and Services, also under card number xxxxxxxxxxx1493 | | | | 26,491.00 |
| Account No. 514735999010XXXX Creditor #: 2 Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899-8803 | | H | | | 11/2005 opened Flex spending account | | | | 3,072.00 |
| Account No. xxxxxxxxxxxxxxx Creditor #: 3 BYU/Student Financial SE A-153 ASB Provo, UT 84602 | | | W | | 07/1997 Student loan | | | | 1,583.00 |
| Account No. x-xx00-11 Creditor #: 4 Canon Financial Services Inc. 158 Gaither Drive Mount Laurel, NJ 08054 | X | H | | | Lawsuit filed 05/2011 Potential personal liability for breach of contract lawsuit filed in Superior Court of New Jersey - Law Division - Burlington County, Docket #L-001700-11.  Business debt incurred through Icon. | | | | 20,000.00 |

____8____  continuation sheets attached

Subtotal
(Total of this page)                51,146.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            S/N:41421-110729    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Molonai T. Hola,
         Lindsay W. Hola

Case No. ___11-34675___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 243301<br><br>Scott H. Marcus & Associates<br>121 Johnson Road<br>Blackwood, NJ 08012 | | | | Representing:<br>Canon Financial Services Inc. | | | | Notice Only |
| Account No. x:xxxxx0821<br><br>Creditor #: 5<br>CDC, Inc. dba Crawford Door Sales<br>155 W 2700 S<br>Salt Lake City, UT 84115 | X | H | | Filed 09/2011<br>Pending suit based on personal guarantee on contract between Icon Consulting Group, Inc. and CDC for materials and labor on roll-up steel door at Dugway Proving Ground in Utah. Case no. 2:11cv00821 in United States District Court - Utah. | | | | 181,882.00 |
| Account No. 11cv00821<br><br>Prince, Yeates & Geldzahler<br>175 E 400 S Ste 900<br>Salt Lake City, UT 84111 | | | | Representing:<br>CDC, Inc. dba Crawford Door Sales | | | | Notice Only |
| Account No. xxxxxxxx6653<br><br>Creditor #: 6<br>CenturyLink<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | | W | | March 2011<br>Services rendered | | | | 250.11 |
| Account No. 438854001447XXXX<br><br>Creditor #: 7<br>Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850 | X | J | | 01/2007 opened<br>Goods and Services with credit card purchases; combination of business and personal debt purchases | | | | 18,715.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,847.11

B6F (Official Form 6F) (12/07) - Cont.

In re    Molonai T. Hola,
Lindsay W. Hola
_____,
Debtors

Case No. _____11-34675_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxXXXX <br><br> Creditor #: 8 <br> Chase Bank USA, NA <br> P.O. Box 15298 <br> Wilmington, DE 19850 | X | J | | 05/2001 <br> Goods and Services with credit card purchases; combination of business and personal debt purchases | | | | 1,964.00 |
| Account No. xxxx-xxxx-xxxx-9378 <br><br> Creditor #: 9 <br> Chase/Marriott Rewards Visa <br> P.O. Box 15298 <br> Wilmington, DE 19850 | | H | | Opened 01/2007 <br> Goods and Services with credit card purchases; combination of business and personal debt purchases | | | | 13,482.00 |
| Account No. xxxxxxxxxxx9166 <br><br> Creditor #: 10 <br> Citi Visa Card <br> PO Box 653095 <br> Dallas, TX 75265-0370 | | W | | Opened 2002 <br> Goods and Services with credit card purchases | | | | 17,103.00 |
| Account No. xxxxxxxxxxx6986 <br><br> Creditor #: 11 <br> Citibank Mastercard <br> P.O. Box 183037 <br> Columbus, OH 43218 | | J | | Opened 05/2008 <br> Goods and Services with credit card purchases | | | | 4,902.00 |
| Account No. x5973 <br><br> Creditor #: 12 <br> Community & Family Health Services <br> PO Box 142001 <br> Salt Lake City, UT 84114-2001 | | J | | 2011 <br> Medical bills | | | | 400.00 |

Sheet no. _2_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,851.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Molonai T. Hola,
         Lindsay W. Hola
                                                                Case No. ____11-34675____
                                                        ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. Case No. 100802188 | | | Opened 10/2003; judgment 05/2011 Personal guarantee on business vendor contract for electical materials.  Judgment in Second District Court, Davis County, State of Utah - Case No. 100802188. | | | | |
| Creditor #: 13 Consolidated Electrical Distributors Inc 31356 Via Colinas Westlake Village, CA 91362 | | H | | | | | |
| | | | | | | | 8,237.00 |
| Account No. | | | | | | | |
| Consolidated Electrical Distributors Inc c/o CT Corporation System 136 East South Temple, Suite 2100 Salt Lake City, UT 84111 | | | Representing: Consolidated Electrical Distributors Inc | | | | Notice Only |
| Account No. 100802188 | | | | | | | |
| Jason H. Robinson Babcock Scott & Babcock 505 East 200 South, Suite 300 Salt Lake City, UT 84102 | | | Representing: Consolidated Electrical Distributors Inc | | | | Notice Only |
| Account No. xxxxxxxxxxx6727 | | | 02/2007 opened Goods and Services with credit card purchases | | | | |
| Creditor #: 14 Discover Financial Services LLC P.O. Box 30943 Salt Lake City, UT 84130-0943 | | J | | | | | |
| | | | | | | | 9,811.00 |
| Account No. Hola | | | 03/2010 Legal services | | | | |
| Creditor #: 15 Douglas J. Parry Dorsey & Whitney LLP 136 South Main Street, Suite 1000 Salt Lake City, UT 84101 | | J | | | | | |
| | | | | | | | 1,000.00 |

| Sheet no. _3_ of _8_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 19,048.00 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Molonai T. Hola,
         Lindsay W. Hola

Case No.    11-34675

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Creditor #: 16 First Utah Bank 3826 South 2300 East Salt Lake City, UT 84109 | X | H | | 02/2008 Personal guarantee on estimated deficiency balance from a $2.5 million commercial line of credit with Icon Consulting Group, Inc. and First Utah Bank     Subject to setoff. | | | | 1,700,000.00 |
| Account No. 0005  Creditor #: 17 FPS Northern Utah 3293 Harrison Blvd Ogden, UT 84403 | | H | | 2009 Potential personal liability on Icon Consulting Group, Inc. business debt on a fire alarm device business. | | | | 36,324.00 |
| Account No. xxxxxxxxxxxx5480  Creditor #: 18 Gap/GE Money Bank P.O. Box 530942 Atlanta, GA 30353-0942 | | W | | 2001 opened Credit card purchases | | | | 893.00 |
| Account No. x1837  Creditor #: 19 Great America Leasing Corporation 625 First Street SE Ste 800 Cedar Rapids, IA 52401 | | J | | 2010 Potential personal liability on service lease between Icon Consulting Group, Inc. and Great America. | | | | 29,762.00 |
| Account No. x:xx-xV-104  Creditor #: 20 Great American Insurance Company 301 East Fourth Street Cincinnati, OH 45202 | X | J | | 02/09/2006 Personal guarantees on bonding indemnification and surety losses lawsuit with Icon Consulting Group; United States District Court - District of Utah, Case no. 2:10-CV-104     Subject to setoff. | | | | 1,447,431.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,214,410.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Molonai T. Hola,                                    Case No. _____11-34675_____
       Lindsay W. Hola

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Snow, Christensen & Martineau <br> 10 Exchange Place, Eleventh Floor <br> PO Box 45000 <br> Salt Lake City, UT 84145 | | | | | Representing: <br> Great American Insurance Company | | | | Notice Only |
| Account No. xxxx3605 <br><br> Creditor #: 21 <br> IHC Health Services <br> 3930 West Parkway Blvd. <br> Salt Lake City, UT 84130 | | | J | | Opened 06/2008; Delinquent 12/2010 <br> Medical bills | | | | 106.00 |
| Account No. 0008 <br><br> Creditor #: 22 <br> Leavitt Group of Spanish Fork <br> 199 North Main <br> P.O. Box 757 <br> Spanish Fork, UT 84660 | | H | | | Ongoing since 2003 <br> Potential personal liability for business insurance offered for Icon Consulting Group, Inc. | | | | 20,994.00 |
| Account No. xxxE001 <br><br> Creditor #: 23 <br> Leverich Group <br> 6891 South 700 West, Suite 100 <br> Midvale, UT 84047-3006 | | H | | | 03/2011 <br> CPA Services Rendered | | | | 1,706.01 |
| Account No. 10016xxxx <br><br> Creditor #: 24 <br> Marriott Ownership <br> 1200 US Highway 98 S, Suite 19 <br> Lakeland, FL 33801 | | | J | | 06/2010 <br> Marriott Vacation Club membership program | | | | 12,472.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,278.01

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Molonai T. Hola,
         Lindsay W. Hola,
                                                                    Case No. _____11-34675_____

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. xxxx-xxxx-xxxx-9166 | | | | Goods and Services | | | | |
| Creditor #: 25 Mastercard P.O. Box 183071 Columbus, OH 43218 | | | J | | | | | 15,341.00 |
| Account No. | | | | Medical bills | | | | |
| Creditor #: 26 Mountain West Anesthesia P.O. Box 3570 Salt Lake City, UT 84110 | | | J | | | | | 366.81 |
| Account No. | | | | Representing: Mountain West Anesthesia | | | | |
| Intermountain Healthcare 4646 Lake Park Blvd Collections Salt Lake City, UT 84120-8212 | | | | | | | | Notice Only |
| Account No. | | | | 2001 opened Services Rendered | | | | |
| Creditor #: 27 Old Navy/GE Money Bank P.O. Box 530942 Atlanta, GA 30353-0942 | | W | | | | | | 755.00 |
| Account No. x0448 | | | | 2007 Personal guarantor on business debt | | | | |
| Creditor #: 28 Platt Electric Supply P.O. Box 3167 Portland, OR 97208 | X | | J | | | | | 4,755.04 |

Sheet no. __6___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                21,217.85

B6F (Official Form 6F) (12/07) - Cont.

In re  Molonai T. Hola,  Case No. _____11-34675_____
       Lindsay W. Hola
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 70448 <br><br> Cash Flow Management Inc. <br> P.O. Box 42407 <br> 5530 S.E. Center Street <br> Portland, OR 97242 | | | | Representing: <br> Platt Electric Supply | | | | Notice Only |
| Account No. None <br><br> Creditor #: 29 <br> Steve Gasser <br> c/o Mark Gasser, MFG Financial <br> 603 East 4500 South <br> Salt Lake City, UT 84107 | | H | | April 2008 <br> Personal guarantee on business loan into The Finau Corporation. | | | | 247,000.00 |
| Account No. xxx1129 <br><br> Creditor #: 30 <br> University Healthcare <br> Patient Billing and Financial Services <br> PO Box 30045 <br> Salt Lake City, UT 84130-0045 | | | J | 2011 <br> Medical bill | | | | 74.00 |
| Account No. xxx1129 <br><br> Creditor #: 31 <br> University of Utah - Dermatology <br> PO Box 413053 <br> Salt Lake City, UT 84141-3053 | | | J | 09/18/2011 <br> Medical bill | | | | 74.00 |
| Account No. xxxxxxXXXX <br><br> Creditor #: 32 <br> US Bank <br> P.O. Box 5227 <br> Cincinnati, OH 45201 | | H | | 06/2005 opened <br> Personal loan used for business expenses with Icon | | | | 13,219.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

260,367.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Molonai T. Hola,                                                    Case No. _____11-34675_____
       Lindsay W. Hola
_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxxxxx | | | | 09/1999 | | | | |
| Creditor #: 33 | | | | Credit card purchases | | | | |
| WFNNB - Ann Taylor | | J | | | | | | |
| PO Box 182789 | | | | | | | | |
| Columbus, OH 43218 | | | | | | | | |
| | | | | | | | | 880.00 |
| Account No. 0161 | | | | 2010 | | | | |
| Creditor #: 34 | | | | Potential personal liability for accounting services | | | | |
| White & Rasmuson LLC | | | | performed for audit on Icon Consulting Group, Inc. | | | | |
| 2195 West 5400 South, Suite 200 | | J | | 2009 tax returns. | | | | |
| Salt Lake City, UT 84118 | | | | | | | | |
| | | | | | | | | 17,162.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 18,042.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,858,206.97 |

B6G (Official Form 6G) (12/07)

.

In re    Molonai T. Hola,                                            Case No.    11-34675
         Lindsay W. Hola
_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

.

In re     Molonai T. Hola,                                          Case No.     11-34675
          Lindsay W. Hola,
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kevin B. Morgan<br>4005 Grant Hill Avenue<br>North Las Vegas, NV 89081 | Bank of America<br>450 American Street #SV416<br>Simi Valley, CA 93065 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | First Utah Bank<br>3826 South 2300 East<br>Salt Lake City, UT 84109 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | Chase Bank USA, NA<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | Great American Insurance Company<br>301 East Fourth Street<br>Cincinnati, OH 45202 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | Canon Financial Services Inc.<br>158 Gaither Drive<br>Mount Laurel, NJ 08054 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | CDC, Inc. dba Crawford Door Sales<br>155 W 2700 S<br>Salt Lake City, UT 84115 |
| Utah Icon Consulting Group, LLC<br>2913 Grant Avenue<br>Ogden, UT 84401 | Platt Electric Supply<br>P.O. Box 3167<br>Portland, OR 97208 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re     Molonai T. Hola
        Lindsay W. Hola                         Case No.     11-34675

                 Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Son<br>Daughter<br>Son | AGE(S):<br>01<br>03<br>05<br>07 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Consultant | Homemaker |
| Name of Employer | REDCO | Homemaker |
| How long employed | 7 Months | |
| Address of Employer | 922 West Baxter Drive, Suite 200<br>South Jordan, UT 84095 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 7,000.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 7,000.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 7,000.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 7,000.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     Debtor has had reasonably consistent paychecks through Redco and believes they will continue in future employment.

B6J (Official Form 6J) (12/07)

In re    Molonai T. Hola
Lindsay W. Hola                                                            Case No.    11-34675
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,381.00 |
| a. Are real estate taxes included?    Yes  X    No ___ | | |
| b. Is property insurance included?    Yes  X    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 80.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 45.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 998.00 |
| d. Auto | $ | 53.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 587.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,669.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Debtors are currently seeking a loan modification/workout of their first mortgage on their primary residence in hopes to lower the monthly payment.  They believe a workout agreement will be reached that could ultimately stabilize their monthly budget.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 7,000.00 |
| b.  Average monthly expenses from Line 18 above | $ | 7,669.00 |
| c.  Monthly net income (a. minus b.) | $ | -669.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    Molonai T. Hola
         Lindsay W. Hola
_____    Case No.    11-34675
                                Debtor(s)    Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 26, 2011                    Signature    /s/ Molonai T. Hola
                                                       Molonai T. Hola
                                                       Debtor

Date  October 26, 2011                    Signature    /s/ Lindsay W. Hola
                                                       Lindsay W. Hola
                                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Utah

In re    Molonai T. Hola
Lindsay W. Hola                                                    Case No.    11-34675
_____
Debtor(s)                          Chapter    7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $34,000.00 | Husband 2011 YTD: Employment Income |
| $92,150.00 | 2010: Employment Income |
| $173,112.00 | 2009: Employment Income |
| $0.00 | Wife 2011 YTD: N/A |
| $0.00 | 2010: N/A |
| $0.00 | 2009: N/A |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Wachovia Mortgage<br>P.O. Box 659568<br>San Antonio, TX 78265 | 07/2011 to 09/2011 | $9,393.00 | $464,092.00 |
| First Utah Bank<br>3826 South 2300 East<br>Salt Lake City, UT 84109 | 07/2011 to 09/2011 | $3,750.00 | $163,827.00 |
| US Bank<br>P.O. Box 5227<br>Cincinnati, OH 45201 | 07/2011, 08/2011, 09/2011 | $1,761.00 | $46,499.00 |
| Brighton Bank<br>7101 Highland Drive<br>Salt Lake City, UT 84121 | | $5,000.00 | $27,000.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CDC, Inc. dba Crawford Door Sales vs. Icon Consulting Group, Inc., Molonai T. Hola, et. al., Case No. 2:11-cv-00821 | Collection | United States District Court - District of Utah, Central Division 350 S Main Street Room 150 Salt Lake City, UT 84101 | Pending |
| Great American Insurance Company vs. Icon Consulting Group, Inc. dba Icon Construction, Cheap-o-Rooter, Inc., The Dan Hola Company, Inc, and Molonai T. Hola and Lindsay Hola, Case No. 2:10-cv-104 | Collection | United States District Court - District of Utah, Central Division 350 S Main Street Room 150 Salt Lake City, UT 84101 | Pending |
| Canon Financial Services, Inc. vs. Icon Consulting Group, Inc., Docket #L-001700-11 | Collection | Superior Court of New Jersey - Law Division Burlington County PO Box 6555 Mount Holly, New Jersey 08060 | Judgment |
| Consolidated Electrical Distributors, Inc. v. Icon Consulting Group, Inc. and Molonai T. Hola, Case No. 100802188 | Collection | Second Judicial District Court, Davis County, State of Utah | Judgment |
| Kevin B. Morgan and Patricia S. Morgan v. Molonai Hola, Case No. 110905800 | Civil quiet title and breach of contract | Third Judicial District Court, Salt Lake County, State of Utah | Settled |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Offices of W. Sean Mawhinney 200 W Civic Center Drive Ste 300 Sandy, UT 84070 | 9/20/2011 | $3000.00 ($299.00 filing fee + $2701.00 legal fee) |
| Abacus Credit Counseling 15760 Ventura Boulevard Ste 700 Encino, CA 91436 | 9/12/2011 | $25.00 Credit Counseling |
| Marji Hanson, P.C. 352 S Denver Street Ste 240 Salt Lake City, UT 84111 | May 2011 | $250.00 for legal consultation |

5

**10.  Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Kevin and Patricia Morgan<br>4005 Grant Hill Avenue<br>North Las Vegas, NV 89081<br>    Former investor partner | 5/11/2011 | Debtor quit-claimed real property located at 4005 Grant Hill Avenue, North Las Vegas, NV 89081 (tax assessed value of $198,577.00) to Kevin Morgan and Patricia Morgan as joint tenants pursuant to a settlement reached in a breach of contract/quiet title action dispute on the property in Case No. 110905800.  Debtor estimates no equity in the property. |
| Low Book Sales<br>3371 South State Street<br>Salt Lake City, UT 84115<br>    None | 08/2011 | 2007 Cadillac Escalade, 100K+ miles<br>$20,000 |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Icon Consulting Group, Inc. | 87-0640865 | 2913 Grant Avenue Ogden, UT 84401 | Utah registered C-Corp; federal contracts with the Department of Defense in the Western United States; built buildings and hired information technology managers to be leased out to the federal government | November 1998 through 2010 |
| Pure Energy Capital, L.L.C. | 7640761-0160 (Utah Entity Number) | 425 North 300 West Salt Lake City, UT 84103 | Energy consulting business.  The business have never made any money.  Debtor owns 33% of the business.  The business is not defunct but it has never gotten off the ground. | April 2010 to current |
| Elkwood Meadows, L.L.C. | 6033537-0160 (Utah Entity Number) | 425 North 300 West Salt Lake City, UT 84103 | Set up to be a real estate company to purchase FDIC assets.  Never made any money.  Debtor was involved in the business for two months in February and March of 2011 and never made any money from the venture. | 10/2005 to current |
| The Finau Corporation | 6885538-0142 (Utah Entity Number) | 397 North Willow Haven Avenue Lehi, UT 84043 | Golf company set up to prepare amateur golfers for the PGA; company is dissolved | January 2008 to January 2010 |
| Pothole Solutions, LLC | 7680527-0160 (Utah Entity Number) | 3165 East Millrock Drive, Suite 500 Salt Lake City, UT 84121 | Pothole fixing business for commercial parking lots, Debtor was the manager but has had nothing to do with the company since October 2010 | May 2010 to current |
| Gipper Finau, L.L.C. | 6616793-0160 (Utah Entity Number) | 425 North 300 West Salt Lake City, UT 84103 | Company to manage a golfer, company is dissolved and did not a profit | May 2007 to May 2009 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Tony Finau, L.L.C. | 6614952-0160 (Utah Entity Number) | 425 North 300 West Salt Lake City, UT 84103 | Company to manage a golfer, company is dissolved and did not a profit | May 2007 to May 2009 |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Leverich Group 6891 South 700 West Midvale, UT 84047 | 2004 through 2010 |
| White & Rasmuson LLC 2195 West 5400 South, Suite 200 Salt Lake City, UT 84118 | 2009 |

None
☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| The Leverich Group | 6891 S 700 W Midvale, UT 84047 | 2004 to 2008 |
| White & Rasmuson LLC | 2195 West 5400 South, Suite 200 Salt Lake City, UT 84118 | 2009 |

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  October 26, 2011                    Signature  /s/ Molonai T. Hola
                                                      Molonai T. Hola
                                                      Debtor


Date  October 26, 2011                    Signature  /s/ Lindsay W. Hola
                                                      Lindsay W. Hola
                                                      Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re    Molonai T. Hola
         Lindsay W. Hola
                                    Debtor(s)

Case No.    11-34675
Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Aurora Bank FSB | **Describe Property Securing Debt:**<br>Real Property:<br>7358 South Raquet Club Drive<br>Cottonwood Heights, UT 84121 |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Bank of America | **Describe Property Securing Debt:**<br>Real Property:<br>4005 Grant Hill Avenue<br>North Las Vegas, NV 89081 |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>Brighton Bank | **Describe Property Securing Debt:**<br>2010 Chevrolet Suburban 1500 |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>First Utah Bank | **Describe Property Securing Debt:**<br>Primary Residence:<br>2766 St. Marys Way<br>Salt Lake City, UT 84108 |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>First Utah Bank | **Describe Property Securing Debt:**<br>Real Property:<br>7358 South Raquet Club Drive<br>Cottonwood Heights, UT 84121 |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                         Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>US Bank | **Describe Property Securing Debt:**<br>2008 Range Rover HSE Sport Utility 4D<br>Mileage: 38,000<br>Location: In Debtor's Possession |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>Wachovia Mortgage | **Describe Property Securing Debt:**<br>Primary Residence:<br>2766 St. Marys Way<br>Salt Lake City, UT 84108 |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  October 26, 2011

Signature  /s/ Molonai T. Hola

Molonai T. Hola
Debtor

Date  October 26, 2011

Signature  /s/ Lindsay W. Hola

Lindsay W. Hola
Joint Debtor