B6B (Official Form 6B) (12/07)

| In re | Molonai T. Hola, Lindsay W. Hola | Case No. | 11-34675 |

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account: US Bank | J | 59.04 |
| | | Checking account: Zions Bank | J | 291.22 |
| | | Savings account: US Bank | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Couch & loveseat set $500, 2 vcr/dvd players $150, 2 televisions $150, 4 endtables $50, coffee table $50, stereo $100<br>Kitchen table & chairs $250<br>5 beds & bedding $400, 5 dressers $100, crib & bedding $100<br>Microwave $100, refrigerator $250, stove $100, dishwasher $250<br>Washer & dryer $300, vacuum cleaner $25, 3 computers $250<br>Location: In Debtor's Possession | J | 3,125.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books $50, CDs $50, DVDs $50, Home Decor $175<br>(Location: In Debtor's Possession) | J | 325.00 |
| 6. Wearing apparel. | | Clothing<br>Location: In Debtor's Possession | J | 900.00 |
| 7. Furs and jewelry. | | Wedding rings, watch, ring<br>Location: In Debtor's Possession | J | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf Clubs, Bicycles<br>Location: In Debtor's Possession | J | 450.00 |

Sub-Total > 5,900.26
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Molonai T. Hola,                                          Case No.   11-34675
        Lindsay W. Hola
                                                  ,
                                              Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) Plan through Icon Consulting Group (John Hancock) | W | 3.90 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Icon Consulting Group, Inc. 100% ownership interest in Utah registered C-Corp active from 1998-2010 Personal guarantees on Icon's business debt is primary reason for Debtor's bankruptcy | H | 0.00 |
| | | Pure Energy Capital, L.L.C.  Energy consulting business.  Debtor owns 33% of the business.  The business is not defunct but it has never gotten off the ground. | H | 0.00 |
| | | 165,000 shares in CityDeals.com private company - company has had trouble paying merchants so Debtor does not believe the shares have liquid value at this time; purchased at $1 per share in 2006. | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >         3.90
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Molonai T. Hola, Lindsay W. Hola | | Case No. | 11-34675 |
|---|---|---|---|---|
| | | Debtors | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2010 tax refund not subject to Internal Revenue Service audit offset | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Marriott Vacation Club: 1 week at Newport Coast Villas 1 week at Ko Olina Beach Club | J | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Chevrolet Suburban 1500 | J | 27,000.00 |
| | | 2008 Range Rover HSE Sport Utility 4D Mileage: 38,000 Location: In Debtor's Possession | J | 38,350.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| | | | Sub-Total > (Total of this page) | 65,350.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Molonai T. Hola,
        Lindsay W. Hola
                                                                    ,
                                    Debtors

Case No.   11-34675

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)

Total >       71,254.16

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6G (Official Form 6G) (12/07)**

In re   Molonai T. Hola,
        Lindsay W. Hola
                                                                    ,
                            Debtors

Case No.   11-34675

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Marriott Ownership<br>1200 US Highway 98 S, Suite 19<br>Lakeland, FL 33801 | 1 week per year at Marriott Newport Coast Villas & Marriott Ko Olina Beach Club<br>Debtor Assumes Interest |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases